```
1
2
3
4
5
6
7
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNION BANK, N.A., | CASE NO. CV F 12-0519 LJO DLB |
| Plaintiff, | **ORDER TO DENY STAY OF REMAND AND SUPERSEDEAS BOND** |
| vs. | |
| KEITH A. KRAEMER, et al., | |
| Defendants. | |
| _____/ | |

Pro se plaintiff Keith A. Kraemer ("Mr. Kraemer") seeks to stay remand of this unlawful detainer action to Fresno Superior Court and approval of a supersedeas bond. This Court DENIES Mr. Kraemer's requested relief in that:

1. This Court lacks subject matter jurisdiction over this unlawful detainer action;

2. The remand order further divested this Court of jurisdiction and vested jurisdiction with the Fresno County Superior Court. *See* 28 U.S.C. 1447(c); *In re Lowe*, 102 F.3d 731, 735 (4th Cir. 1996) ("the plain language of the statute, the policy behind it, and logic all support the conclusion that § 1477 divests a district court of jurisdiction upon the entry of its remand order"); *Van Ryn v. Korean Air Lines*, 640 F.Supp. 284, 285 (C.D. Cal. 1985); and

3. No judgment has been entered to which a F.R.Civ.P. 62(d) supersedeas bond applies.

The record reveals that Mr. Kraemer misuses the judicial process to vex plaintiff's use and possession of the subject property. This Court will have no part in such misuse.

IT IS SO ORDERED.

Dated:   May 1, 2012                              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE